No. 1070. TRUCCO *v.* ERIE RAILROAD CO. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Edward E. Petrillo* for peti-

tioner. *E. Lowry Humes* for respondent.